# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 18, 2001

**Before**

Hon. THOMAS E. FAIRCHILD, *Circuit Judge*

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. RICHARD A. POSNER, *Circuit Judge*

No. 00-4180

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

 *v.*

DONALD K. LANE,
    *Defendant-Appellant*.

Appeal from the United States District
Court for the Western District
of Wisconsin.

No. 00 CR 53

Barbara B. Crabb,
*Chief Judge*.

**O R D E R**

The opinion of this court dated September 18, 2001 is hereby withdrawn.